

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Russell Hal Duncan v. The State of Texas

Appellate case number:   01-11-00900-CR
                         01-11-00901-CR

Trial court case number:  1239820 & 1239821

Trial court:             180th District Court of Harris County, Texas

      Supplemental clerk's records complying with our Orders of Abatement have been filed in the above-captioned appeals. Therefore, we order the appeals **reinstated**.

      Appellant's brief in each appeal was filed on July 5, 2012. The State's brief is due 30 days from the date of this order.

      It is so ORDERED.


Judge's signature: <u>Justice Rebeca Huddle</u>
              ☑ Acting individually    ☐ Acting for the Court


Date: July 26, 2012